ACCEPTED
01-15-00821-CV
FILE COPY
FIRST COURT OF APPEALS
HOUSTON, TEXAS
9/30/2015 11:19:33 AM
CHRISTOPHER PRINE
CLERK

**SHERRY RADACK**
**CHIEF JUSTICE**

**TERRY JENNINGS**
**EVELYN KEYES**
**LAURA CARTER HIGLEY**
**JANE BLAND**
**MICHAEL MASSENGALE**
**HARVEY BROWN**
**REBECA HUDDLE**
**RUSSELL LLOYD**
 **JUSTICES**



# Court of Appeals
# First District of Texas
**301 Fannin Street**
**Houston, Texas 77002-2066**

**CHRISTOPHER A. PRINE**
**CLERK OF THE COURT**

**JANET WILLIAMS**
**CHIEF STAFF ATTORNEY**

PHONE: 713-274-2700
FAX: 713-755-8131
www.txcourts.gov/1stcoa.aspx

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
9/30/2015 11:19:33 AM
CHRISTOPHER A. PRINE
Clerk

September 28, 2015

Chance Decker
Gray Reed & McGraw
1300 Post Oak Blvd Ste 2000
Houston, TX 77056-8000
* DELIVERED VIA E-MAIL *

Jonathan Michael Hyman
Gray Reed & McGraw
1300 Post Oak Blvd Ste 2000
Houston, TX 77056-8000
* DELIVERED VIA E-MAIL *

**RE:** **Court of Appeals Number:** 01-15-00821-CV **Trial Court Case Number:** 2013-41124

**Style:** Choice! Power, L.P.
v.
Michael Feeley

As of the date of this **NOTICE**, appellant(s) has not paid the required $205 filing fee to prosecute this appeal. *See* TEX. R. APP. P. 5 (requiring payment of fees at time of filing, unless excused); *see also* TEX. GOV'T CODE ANN. § 51.207 (Vernon Supp. 2011), § 51.941(a) (Vernon 2005), § 101.041 (Vernon Supp. 2011) (listing fees in court of appeals); Order Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts of Appeals and Before the Judicial Panel on Multidistrict Litigation, Misc. Docket No. 07-9138 (Tex. Aug. 28, 2007), *reprinted in* TEX. R. APP. P. app. A § B(1) (listing fees in court of appeals).

This is **NOTICE** to the appellant that this appeal is subject to dismissal, if the filing fee has not been paid **within 20 days** of this NOTICE. *See* TEX. R. APP. P. 5 (allowing enforcement of rule); 42.3 (allowing involuntary dismissal).Sincerely,

Christopher A. Prine, Clerk of the Court